# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:

SAMUEL EHRENFELD,                                   Adv. Pro. No. 19-10290 (MKV)

                    Debtor.

-------------------------------------------------------------X

SAMUEL EHRENFELD,

                    Appellant,                          19 **CIVIL** 8718 (RA)

          -against-                                      **JUDGMENT**

WELLS FARGO BANK N.A., *as servicing agent for US Bank National Association, as Trustee for MASTR Asset Backed Securities Trust, 2006-WMC2, Mortgage Pass-Through Certificates, Series 2006-WMC2*,

                    Appellee.

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2020, the Bankruptcy Court's decision is affirmed; accordingly, this case is closed.

**Dated:** New York, New York
          September 29, 2020

                                                         **RUBY J. KRAJICK**
                                                         _____
                                                               **Clerk of Court**
                                           **BY:** _____
                                                                  **Deputy Clerk**